

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00417-CV

Maria **FIGUEROA**,
Appellant

v.

**BLUEBONNET FOODS LP**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2025CV01206
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)–(c).

SIGNED November 5, 2025.

_____
Velia J. Meza, Justice